IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
*GREENVILLE DIVISION*

LARRY ROBINSON and NIKKI ROBINSON                    PLAINTIFFS

v.                                                    CIV NO. 4:21-cv-156-MPM-JMV

CLARKSDALE HMA, LLC f/d/b/a
MERIT HEALTH NORTHWEST MISSISSIPPI f/d/b/a
NORTHWEST MISSISSIPPI REGIONAL MEDICAL CENTER;
RIVER OAKS MANAGEMENT COMPANY, LLC;
LAUREL DUCOTE, RN; LEVETT WILKERSON, CNA;
and DOES 1 – 10                                      DEFENDANTS

## ORDER AND FINAL JUDGMENT OF DISMISSAL
## AS TO DEFENDANT LEVETT WILKERSON, CNA

**THERE CAME ON** for consideration the unopposed Motion of the Defendants

for the dismissal of Defendant Levett Wilkerson, CNA, with prejudice on the ground

that she was improperly joined in this nursing/medical negligence action. The Court

has reviewed the Motion and pleadings cited therein and notes Plaintiffs'

acknowledgments that the operative Complaint misstates a discrete fact (the time

of Mr. Robinson's alleged fall) and that the true fact (that the alleged fall occurred

at a time when CNA Wilkerson was not participating in his care) leaves them

without a plausible claim and/or reasonable basis to believe that they may recover

against CNA Wilkerson under Mississippi law. The Court also notes Defendants'

acknowledgments that the Complaint's misstatement has no impact on claims

asserted against Defendants Clarksdale HMA, LLC and River Oaks Management

Company, LLC and that the claims stated against those Defendants pass scrutiny

under *Fed. R. Civ. P.* 12(c). With these acknowledgments, the Court finds that the

Motion is well taken and it hereby grants the Motion.

IT IS THEREFORE ORDERED that the claims against Defendant Levett

Wilkerson, CNA be and are hereby dismissed with prejudice. There being no just

reason for delay, the Court thus enters this Final Judgment in her favor, with the

parties to bear their respective costs as relates to that claim.

SO ORDERED, this the ___9th___ day of _____ 2023.

_____
DISTRICT COURT JUDGE

PREPARED BY:
STEPHEN P. KRUGER · MSB # 4266
T.L. "SMITH" BOYKIN, III · MSB # 101256
PAGE, KRUGER & HOLLAND, P.A.
10 Canebrake Blvd., Suite 200 [39232-2215]
Post Office Box 320999
Flowood, Mississippi 39232
TELEPHONE: 601-420-0333
FACSIMILE: 601-420-0033
E-MAIL:    skruger@pagekruger.com
           sboykin@pagekruger.com